**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GLENN RODNEY WRIGHT,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:15-CV-801-N** |
| | ) | |
| **JONATHAN FREED, National Security** | ) | |
| **Agency, ET AL.,** | ) | |
| **Defendants.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 26th day of May, 2015.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE